UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| GABRIELLE HOFFMAN, individually and Derivatively on behalf of G-LISH FASHIONS, INC., | Docket No.: 21-52 |
| *Plaintiffs,* | Hon. Lewis A. Kaplan, D.J. |
| vs. | **ORDER TO SHOW CAUSE** |
| BRETT RATTNER, | |
| *Defendant.* | |

_____

**UPON** the accompanying Declaration of Jeb Singer, Esq., dated February 7, 2021 and all the pleadings and proceedings had in this action,

**LET** the Parties and Counsel herein show cause before this Court to be held at the Courthouse thereof located at 500 Pearl St., New York, NY, Room 21B, or remotely as the Court may direct, February ___, 2021, at ____ why an order should not be issued 1) pursuant to Local Rule 1.4 and N.Y. Rules of Professional Conduct 1.16(c)(4) and (c)(7) to be Received as Counsel to Plaintiff, 2) stay this matter for a reasonable amount of time to permit Plaintiffs to obtain substitute counsel, 3) granting such other and further relief as the Court deems just and proper.

**IT IS FURTHER ORDERED,** that service of a copy of this Order, together with the papers upon which it is based, by electronic (email) service upon Defendant's counsel, Elizabeth Wolstein (ewolstein@schlamstone.com), O'Hara, Wagner & Kendall, LLP (attn: Daniel M. O'Hara, dohara@mowklaw.com) and Gabrielle Hoffman, on or before February __, 2021, shall be deemed good and sufficient service; and

**IT IS FURTHER ORDERED,** that answering papers, if any, are to be filed electronically on CM/ECF on or before February __, 2021;

**IT IS FURTHER ORDERED,** that reply papers, if any, are to be filed electronically on CM/ECF on or before February __, 2021;

SO ORDERED:

_____
U.S.D.J.