Case 1:21-cv-00052-LAK Document 34 Filed 02/26/21 Page 1 of 1



Mark K. Anesh
77 Water Street, Suite 2100
New York, New York 10005
Mark.Anesh@lewisbrisbois.com
Direct: 212.232.1411

February 26, 2021

File No. 50031.2030

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Hoffman v. Rattner*, No. 21-cv-52 (LAK)

Dear Judge Kaplan:

Upon the consent of all parties, we respectfully write to revise the briefing schedule on defendant's motion for attorney fees as follows:

(i) In the event a stay is imposed as a result of Plaintiff's attorneys' pending motion to withdraw as counsel for Plaintiff, Plaintiff and her withdrawing counsel shall have two weeks from the expiration of the stay to submit their opposition to Defendant's motion for attorney's fees;

(ii) Defendant shall submit his reply papers within two weeks of the filing of Plaintiff and her withdrawing counsel's opposition papers.

Respectfully,

Mark K. Anesh of
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Respondent Jeb L. Singer, Esq.*

SO ORDERED:
Hon. Lewis A. Kaplan
2/27/21