RECEIVED
SDNY PRO SE OFFICE

2021 MAR -4  AM 10: 42

March 2, 2021

Dear Honorable Judge Lewis Kaplan.

I received the Docket No.1:21-cv-00052.

I would like to request a hearing to this letter.

I want to be in front of the court as this case is a big deal to me.

I did not tell my lawyers to leave this case.

I requested them to stay on the case.

I need to work with Jeb Singer but he is requesting that I seek other council.

I didn't do anything as of the way of saying that I wanted my lawyers to leave me.

I requested them to help me stay on this case and would like to see how I can be heard and see what to do from this point going forward?

Please note that I would like to appear in court and have my testimony be heard in front of the court so I can appear and make note of what is happening in front of you.

I am also making note that I am a single woman who is not a very wealthy lady.

I am having a business and I am not able to find proper representation because I am not able to pay for a large fee.

The lawyer Jeb Singer was working on a contingency basis.

The other lawyer Dan Ohara I was not really speaking to him the conversations were mostly with Jeb speaking with him.

They told me that they would act as my council and would like to be able to keep Jeb as my attorney in the case.

Jeb is a nice person and feel that he is knowledgeable.

They moved the way they were doing the lean of the apartment.

They moved it from Federal to State. I told Dan at the time not to do that because that would make you angry and Dan said he knew what he was doing.

My father was actually a real estate attorney (and he is dead now ), but I know you are the judge and these things would make anyone angry.

Also Elizabeth, Brett's attorney is making it seem that he is losing money.

Brett stole a substantial amount of money from the company.

He was never telling me what was in the bank accountants because I was never on the bank accounts.

Brett paid so far to his lawyer $200,000.

My lawyers are not being paid that kind of money.

Brett has more money and power to fight me.

I also know what Elizabeth is doing how she is trying to show the lean of the apartment but the case is really about the money in the company.

I also don't want to continue I want to be able to come up with a settlement. However it is very hard to get this done because Brett's lawyer is saying about the lean.

The whole case got very confusing and that is what after sanctions were granted Jeb and Dan wanted to remove themselves off the case.

At that time Elizabeth kept pushing me to agree to escrows but I didn't agree because I was sworn with an affidavit of my testimony.


The truth is important and my father being a lawyer it is important to tell the truth and not lie.


I want this case to be not continuing as I do not have a lot of money and I want to be able to have Brett , his lawyer, and my lawyers try and come up with a settlement.

I spent 15 years working very hard for that company.

He got a restraining order in 2017, kicked me out of the apartment and the business.

He made me or forced me to sign documents to turn over my rights to the company.

This was when I was living in my mothers house after he did this.

And that restraining order was not legal either, but at the time Brett controlled all the money and went to legal aid.

Since legal aid advised me that I should just not do anything I listened.

I then went to my rabbis son who is a lawyer and Brett worked out a settlement with me claiming that he would pay me $30,000 in a personal check.

He also knew I had no money to fight back. Because literally I was living with my mother and also I went into Summit Oaks a hospital in Summit, NJ because I went into such a shock being kicked out of my apartment, and also going to live in my mothers house.

I was alone.

Since then I restarted the business in my name and trying my best to hold onto my life and business.

I work very hard and getting back on my feet.

I have a fashion company and work with companies doing beading and embroidery in India.

Brett lied to me.

I trusted him.

I let him have financial control and he told me that he would never leave me.

I had credit cards in my name which he would pay and I would take money from the counter.

He used me because he told me to keep the money in the company and grow the business.

So I trusted him.

He know lives in Winter Park, Florida.

I would like you to know I was never paid what I was owed. I also asked my accountant that Brett needs to pay a payroll and he didn't.

But I lived with him.

I don't want to be in trouble.

I am trying my best to be heard.

Thank you and please do not punish my lawyers. They are scared. And they didn't know how to handle Elizabeth because she makes a lot of twists and turns. She kept pushing and almost forcing me to take an Escrow and again I didn't do that because I thought it would go against my testimony and affidavit. Elizabeth knows that this is also horrible and she will continue to take Brett's money and I know that this is happening because she is promising him to help. But the truth really is that Brett kept all this money. I am not lying. This is 15 years of my life.

They are good people and they tried to help me. They knew I didn't have money to fight this case. Jeb wanted to help me but because he was sanctioned he felt that it would be best to move off the case.

Elizabeth works with a large firm. And Brett will stop at no instance to lose this case because he has a lot of money and I don't. It feels like David verses Goliath. I would like to be heard. I would like to be able to have a court hearing.


Thank you and Sincerely,

*Gabrielle Hoff* (signature)

Gabrielle Hoffman

March 2,2021

I am writing in response to your letter. The reason being so that I would like to be able to talk about the case. I also do not want my lawyers to be in trouble for what they have been doing either.

They don't know what to do with this case because of the sanctions and made wrong decisions but I do not want them to be in trouble.

They tried their best to help me. And they have their families and they are not bad people. They just made wrong decisions and I want you to please give them relief as they were trying to help me.

I also want to note I would still like Jeb to try and help me in this case because he is a trust worthy person and I would like you to speak to him.

He is having a hard time because the way Elizabeth twists things and makes her story be heard about Brett losing money in the lean is not what this case is about.

It is about the money that was stolen from me for the past 15 years.

Brett went to Florida. He has substantial amount of money.

He knows that this will be very difficult because he controlled the bank accounts.

He also knows that I don't have the money to pay a lawyer what he is paying to Elizabeth.

This is my struggle. And this is what is happening.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABRIELLE HOFFMAN, individually and
Derivatively on behalf of G-LISH FASHIONS, INC.,

Docket No.: 1:21-cv-00052

    *Plaintiffs,*

Hon. Lewis A. Kaplan, D.J.

vs.

BRETT RATTNER,

**ORDER TO SHOW CAUSE**

    *Defendant.*

---

    **UPON** the accompanying Declaration of Daniel M. O'Hara, Esq., dated February 26, 2021 and all the pleadings and proceedings had in this action,

    **LET** the Parties and Counsel herein show cause before this Court ~~to be held at the~~ Courthouse thereof located at 500 Pearl St., New York, NY, Room 21B, or remotely as the Court ~~may direct~~, March 10, 2021, ~~at~~ why an order should not be issued (1) pursuant to Local Rule 1.4 and N.Y. Rules of Professional Conduct 1.16(c)(4), (c)(7) and (c)(8) granting McLoughlin, O'Hara, Wagner & Kendall, LLP and Daniel M. O'Hara, Esq. leave to Withdraw as Counsel for Plaintiff; (2) staying this matter for a reasonable amount of time to permit Plaintiff to obtain substitute counsel; and (3) granting such other and further relief as the Court deems just and proper.

    ~~IT IS FURTHER ORDERED, that the within action and all pending applications are hereby stayed pending a hearing and determination of the within motion.~~

    **IT IS FURTHER ORDERED** that service of a copy of this Order, together with the papers upon which it is based, ~~by electronic (email) service~~ through the CM-ECF system and upon Defendant's counsel, Elizabeth Wolstein (ewolstein@schlamstone.com), Jeb Lincoln Singer (jsinger@singerlawgroup.com) and on or before March 1, 2021 by hand on Gabrielle Hoffman (gabriellehoffman148@gmail.com) on or before March 3, 2021, shall be deemed good and sufficient service; and

Case 1:21-cv-00052-LAK   Document 35   Filed 02/27/21   Page 2 of 2

**IT IS FURTHER ORDERED,** that answering papers, if any, are to be filed electronically on CM/ECF on or before March 8, 2021 ~~or~~ by telecopy *[handwritten: or be physically by caused to the Clerk]*

**IT IS FURTHER ORDERED,** that reply papers, if any, are to be filed electronically on CM/ECF on or before March 10, 2021;

SO ORDERED

*/s/ Lewis A. Kaplan*
Hon. Lewis A. Kaplan
U.S.D.J.

2/27/21

Gabrielle Hoffman
222 E. 35th St Apt #6J
NY, NY - 10016

SDNY PRO SE OFFICE
2021 MAR -4  AM 10: 37

USM5W
SDNY

Pro Se Office
ATTN: Honorable Judge Kaplan
Southern District of NY
500 Pearl Street
NY, NY