UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Gabrielle Hoffman,

        Plaintiff,                                  21-cv-52 (LAK)

  v.

Brett Rattner, et al.,

        Defendant(s).
------------------------------x

## ORDER

        The Court has scheduled argument on the orders to show cause issued regarding plaintiff's attorneys, Daniel O'Hara, Esq. (DI 37) and Jeb Singer, Esq. (DI 30), motions to withdraw as counsel to be held by video-conference on Monday, March 15, 2021 at 2:30 PM.

        Plaintiff Gabrielle Hoffman was invited to participate by an MS Teams video-conference link sent to her email address as provided by attorney Daniel O'Hara. The audio only dial-in for the argument is 917-933-2166 and the conference code is 736246215#. Plaintiff's counsel is directed to ensure that plaintiff receives a copy of this order by 5:00 PM on March 12, 2021.

        SO ORDERED.

DATED: March 12, 2021

                                                                                        /s/
                                                                    _____
                                                                    Lewis A. Kaplan
                                                           United States District Judge