```
UNITED STATES DISTRICT COURT                          Not for Publication
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GABRIELLE HOFFMAN, etc.,

                              Plaintiff,

       -against-                                       21-cv-0052 (LAK)


BRETT RATTNER,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/13/2021 |

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On March 19, 2021, this Court granted the motions of plaintiff's attorneys for leave to withdraw on the basis that:

> "there is a least a probable and quite possibly an actual conflict of interest between Hoffman, on the one hand, and her attorneys, on the other. In particular, Hoffman blames [her former attorney] O'Hara for dismissing the original action and refiling in state court. She purports to have cautioned not to do so because it would 'make [the Court] angry.' This contention plainly puts Hoffman, and probably [her former attorney] Singer, at odds with O'Hara [and probably Singer] with regard to their respective responsibility for the costs and expenses that this Court has awarded."

The Court stayed the action until May 14 to permit plaintiff to engage new counsel.

        While Ms. Hoffman, as a lay person, perhaps was unaware of it, the Court may not properly consider materials relating to the merits of a pending case unless they have been served on all parties. Accordingly, the Court the materials thus received will be filed and thus made available

2

to the defendant and his attorneys. The filing will be made under seal for a period of 14 days. During that period, (1) they will be available to the defendant and his attorneys but not made public, and (2) plaintiff may apply for to the Court for an order keeping them under seal so that they are not made available to the public generally. Absent the issuance of such an order, the papers in question will be unsealed and available for public inspection. Further, plaintiff should be aware that the issuance of such an order is not routine, as judicial records ordinarily are subject to public inspection.

The plaintiff would be well advised to engage legal counsel.

The Clerk shall mail a copy of this order to the plaintiff by certified mail return receipt requested and so note on the docket sheet.

SO ORDERED.

Dated:      April 13, 2021

_____
Lewis A. Kaplan
United States District Judge