UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GABRIELLE HOFFMAN, etc.,

                         Plaintiff,

        -against-                                  21-cv-0052 (LAK)

BRETT RATTNER,

                         Defendant(s).
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's counsel were granted leave to withdraw from this action and the action stayed until May 14, 2021 to permit plaintiff to find new counsel. The Court is informed that her efforts to date have been unsuccessful.

       The Office of Pro Se Litigation is requested to see whether it can find counsel willing to represent plaintiff, possibly on a *pro bono basis* if warranted.

       Plaintiff is advised that there is no right to court appointed counsel, *pro bono* or otherwise, in litigation of this nature. Accordingly, if plaintiff can not herself find counsel willing to represent her, and of the Office of Pro Se Litigation is unable to do so, her choices are two: represent herself as is her right or abandon the case.

       The Clerk shall mail a copy of this order to the plaintiff and forward a copy to the Office of Pro Se Litigation.

       SO ORDERED.

Dated:      April 27, 2021

                                                              Lewis A. Kaplan
                                                    United States District Judge