UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GABRIELLE HOFFMAN, etc.,

                Plaintiff,

    -against-                                        21-cv-0052 (LAK)

BRETT RATTNER,

                Defendant(s).

------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court today received another inappropriate *ex parte* communication from the plaintiff. It is being docketed publicly in the ordinary course.

        The Court will not accept any communications from Ms. Hoffman or any other party unless a copy has been served at the same time on all counsel who have appeared in the case and the document sent to the Court is accompanied by an affidavit or declaration under penalty of perjury that such service has been made. She is hereby ORDERED not to send any more communications to the Court unless she complies with that requirement. Any violation of this order may result in the imposition of sanctions on her, which could possibly include dismissal of the case.

        The Court once again urges the plaintiff to find counsel.

        The Clerk shall mail a copy of this order to the plaintiff and forward a copy to the Office of Pro Se Litigation.

        SO ORDERED.

Dated:     April 28, 2021

                                                           Lewis A. Kaplan
                                                   United States District Judge