Docket # Case 1:21-CV-00052 LAK





4/19/2021

Dear Your Honor Judge Kaplan.

I am responding to your letter that I received on the 14th.

In your letter you had written to me advising me to keep information sealed for 14 days so the information will not be shown publicly.

Since you wrote this to me. I will take your advice until I find out what information you are discussing with me about this letter and correspondence.

I am taking the advice to have this sealed, primarily because I do not know or understand what consequences are involved in the letter before the letter is discussed with both Brett's council and the court,

I hope that we can move forward to discuss what was written and have a clear understanding on what should happen in the case and how we can move forward.

I have been speaking to advise as well in the Prose council office via phone.

I want to know and have a clear understanding on what advise he will give me as well as find out further information in the case while we are understanding a clear picture of what is in front of us.

I realize that this case is complicated, however I am sure we will deal with what is happening in the best way possible. I remain calm, and deal with things with coping skills.

Thank you for your advice and will adhere to your correspondence and wisdom.

Kind Regards

*Gabrielle* (signature)

Gabrielle