Gabrielle Hoffman (Representing herself Prose)

222 East 35th Street Apt 6J, NY, NY 10016

Tel:917-273-5774

Date: 6/18/2021

Honor Judge Lewis Kaplan

US District of NY

Re: Gabrielle Hoffman vs Brett Rattner Case 1:21-cv-00052-LAK / case 1:20-cv-08839-LAK

Dear Judge Lewis A. Kaplan

I write to inform the court that I am proceeding Prose. Please allow me to respond to defendants motions by this letter brief.

Defendants made the following motions for legal attorneys fees.

This is why I oppose them for the following reasons.

" Previous council was dismissed and the circumstance of the formal claim made against Rattner was done by stating claims that he was my caregiver. Rather than stating he was my previous business partner. We were in a relationship for 15 years. He moved into my apartment rented at first by me and my deceased father. The relationship I had with Brett lasted for 15 years and he was on bank accounts and controlled the financial part of my state of what I would call "living" and made several promises quoting to me "He would take good care of me for the rest of my life", hence my previous council wrote claims that were more to the opposing council showing how Rattner manipulated me into thinking that he would hence I never took out money from a company which we owned because he told me who would I rather pay the company or myself. So as discussed in the hearing. I lived off of credit cards in my name which Brett would pay for expenses. And Brett controlled the company bank accounts. So I was never able to take money out when I wanted to. This bank account was controlled by him and never knew I had the right to do so, otherwise I would have and put money into a savings account for myself. Meaning had money for my life and savings.

*Claims of fees for an apartment which was never deemed fit or any escrow was in a plead bargin deal, (ie; never excepted an escrow, nor felt the case had merit, understanding the case would be about the 40 percent of shares with held for 15 years, not fees for an apartment). Intimidating or asserting force over previous council to leave the case because of claims which should have been addressed in previous hearing. Ie:Singer was not knowing my name was not on a deed. Hence O'Hara did not advise Singer with proper council. Lawyers left because client was not able to pay lawyers fees and the case was not properly filed. Before lawyers left case should have been amended but lawyers did not draft the case properly and have through knowledge of entitlement and did not handle or know what to do and so they left as they did not want to be involved in a case of intimidation. Ie: Singer and Ohara took council from Mr Anesh. At the time they wanted $87,000 thousand dollars to fight this case for an apartment or

to continue but I didn't have $87,000 to so, they left me. Hence we had the hearing and was given 60 days to find new council. However finding new council is expensive and also the case is a very crazy case meaning sanctions were made and finding a lawyer to work on contingency and also work on a case with this kind of rule 11 made against previous council made many attorneys stay away from handling this case and it has been very difficult to find council, hence I am doing this myself. Meaning trying to write this out the best way possible.

*Persuasion on accounts of means of receiving legal fees to persuade the court to look at case about an apartment which is not the main legal issue. Again the main issue is withholding funds from a bank account unknowingly understanding accounting records. Wrongfully persuading other party to dissolve a company with no means of income to properly represent herself. Ie: being hospitalized calling the DA when party was let out of a mental hospital and put in jail, as well as telling other party that she had no right to look at bank accounts which she was on and not knowing or having knowledge of such information. Then when signing documents told that she would receive a $40 check for signing her rights to the company and then never receiving the check what so ever. Furthermore in letter stating that the business would desolve have a closing which never took place.

I hope we can commence in a hearing or turn to a matter of mediation as the court sees fit. I also know a decisions has been made by the court for legal fees. However I would like to address the court and have one thing clear. I do not have money which Brett does for legal council of an extreme amount of legal fees. That is number one, and number two I was extorted by my business partner for 15 years with this money to go ahead with this case. Yes I understand that the apartment and lien against an apartment was wrong, however my council also was guiding me in this and I was not having the where abouts to have the knowledge in making clear decisions made when this was happening, meaning my council was guiding me in what to do and when things when badly they went away. Now that I am trying to find new council the case is in a very bad form, meaning I am looked at at being vindictive and absurd. But the court needs to realize this complaint should have been about the business and my shares of 40 percent, and not this apartment. Since this case now is about this apartment and lawyers fees this created what I would call a mess. Meaning this made the case look sighted on my vindictive plans to manipulate Brett and to show I was trying to hurt him. Which I am not trying to do. Infact I would not want him to pay this extreme amount of lawyers fees every month. I just want my shares back of what was taken from me. I just want this case to proceed into mediation and expressed this in the last hearing.

I think Brett is paying an extreme measure of legal fees. I do not have this kind of money and the reason being so is that I didn't control bank accounts for this company, nor knowingly knew I could even take money out so this is why we are in this case. Ie my shares of the company were not given and proper tax records etc were not given, I was told lies by my previous business partner that is why we are in court.

I hope that this is clear and I hope we can try and discuss this as we are in this strange case and want this to end and trying my best to explain this to the court. I would just like to review the money from the company with the help of a accountant and then try and go into mediation. That is what I want. I want my 40 percent shares. That is all I want. And then I want this to end.

And the other thing I want to write is the subject of values. The values of lying to me for 15 years. The values for treating me for 15 years. And the values of having the court see what this really is. To have someone also have complete control over me still with money and power. Ie having more money with

expensive lawyers. I want the court to realize I have little money, I just want the money back from what I worked for. I don't expect at this point that Brett will become a gentleman and realize what is happening in front of him. (because right now he is paying $50,000 a month money which I don't have), But I ask the court to really think hard about what this is, and ask yourself what this clearly is going on here. I expect too much from people. I expect people to be fair, truthful, just and honest. These days these values are rare. And the world in my opinion is not in a good place. But I look to God and believe that God is there. In my mind these values and who I am this is important. Honesty, the truth, and also doing the right thing. The right thing would do be honest, and give my shares back from this company. Not to have more time wasted and to spend more money in court. It would be good to be a gentleman, and to do what is right. What should have happened for 15 years. Not to throw your girlfriend and your business partner out of an apartment. Tell the police to out her in jail. Take all the money from a company, and hire lawyers to further proceed and hide from the truth. This is what happened to me.

This is what happened to me. And this is the truth. I can explain the story and go through this in a hearing again and explain what I went through but I did this in the last hearing and already stated what had happened. This is a very crazy and horrible life which I had. I didn't deserve this. And the reason I didn't leave was I had no place to go. I was controlled and I had everything taken from me. This is why I went to court and hired lawyer to help me. This is why I tried to do this case. Is to see justice.

Thank you for Listening and Understanding With Kind Regards

*Gabrielle Hoff*
Gabrielle Hoffman


CC: Elizabeth Wolstein representing Schlam Stone and Dolan