UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Gabrielle Hoffman**, <br><br> Plaintiff, <br><br> -against- <br><br> **Brett Rattner**, <br><br> Defendant. | 21 Civ. 52 (LAK)(GWG) <br><br> Order for Limited Appearance of Pro Bono Counsel |

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

    The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent the plaintiff at a settlement conference to be conducted before the undersigned. If *pro bono* counsel is located, such counsel shall represent the plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. If the Clerk of Court is unable to locate *pro bono* counsel, the plaintiff shall appear without counsel at the settlement conference.

    Any objection by the plaintiff to the grant of *pro bono* counsel to represent the plaintiff at a settlement conference must be filed within 14 days of the date of this Order. In the event the plaintiff files such an objection, this grant for *pro bono* counsel is vacated.

SO ORDERED.

Dated: July 23, 2021
       New York, New York

*Gabriel W. Gorenstein*
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

**COPY MAILED TO PLAINTIFF BY CHAMBERS**