

October 21, 2021　　　　　　　　　　　　　　MEMORANDUM ENDORSED

BY ELECTRONIC FILING
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:　　Second Request for Adjournment of Settlement Conference in *Hoffman v. Rattner* (21-cv-52)

Dear Judge Gorenstein:

I represent Plaintiff Gabrielle Hoffman in the above-referenced matter for the limited purpose of the settlement conference, presently scheduled for October 27, 2021. Earlier today, it became apparent that an adjournment of the settlement conference would be necessary.

Plaintiff and Defendant have advanced their good faith settlement discussions through the voluntary exchange of information. An adjournment would provide both parties valuable time in support of additional document review and a productive settlement conference.

This is Plaintiff's second request for an adjournment. Counsel for all parties have been contacted with the available dates provided by Your Honor's chambers. Plaintiff's and Defendant's counsel are awaiting confirmation of a date amenable to all parties. Immediately upon confirming, undersigned counsel will file a letter updating this request.

At this time, Plaintiff does not expect that a third adjournment will be necessary.

Thank you for your consideration.

Respectfully,

Oren Silverman, Esq.
osilverman@nylag.org
(212) 659- 7562

Copies by ECF To
Rachel Aghassi, Esq.
Seth Allen, Esq.
Mark Anesh, Esq.
Mehreen Hyat, Esq.
Jonathan Mazer, Esq.
Elizabeth Wolstein, Esq.

Application denied without prejudice to a new application that complies with Docket # 74.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

October 22, 2021

100 Pearl Street, 19th Floor, New York, NY 10004　　　t:212.613.5000　　　f:212.750.0820
nylag.org