Jonathan Mazer
Partner

212 612-1222
jmazer@schlamstone.com

SCHLAM STONE & DOLAN LLP

**MEMO ENDORSED**

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

January 19, 2022

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/20/2022
```

BY E-FILING
Judge Hon. Lewis A. Kaplan
Daniel Patrick Moynihan United State Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Gabrielle Hoffman v. Brett Rattner*  1-20-cv-08839
     *Gabrielle Hoffman v. Brett Rattner*  1-21-cv-00052

Dear Judge Kaplan:

This firm represents Brett Rattner in the above referenced actions. The plaintiff has filed a Stipulation of Dismissal (Doc. 41 in the 2020 action and Doc. 93 in the 2021 action) which excluded the pending motions for attorney's fees (Doc. 23 and 31 in the 2021 action). The remaining parties informed the Court on December 15, 2021 (Doc. 101 in the 2021 action) that a resolution had been reached regarding the fees and that it was to be memorialized in a written agreement. The written agreement has been finalized but the parties have agreed that it will not be filed in the docket unless assistance is sought with enforcement of it. Having finalized the agreement, Mr. Rattner now withdraws the fees motions (Doc. 23 and 31 in the 2021 action) and asks that the Court mark them as withdrawn.

Sincerely,

*[signature]*

Jonathan Mazer

The motions are withdrawn.

SO ORDERED

*[signature]*

LEWIS A. KAPLAN, USDJ
1/19/22